IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMIAH RYAN HILL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HYATT BROWNING SHIRKEY, *et al.*, )<br>    Defendants. ) | Civil Action No. 7:19-cv-00026<br><br>By: Elizabeth K. Dillon<br>    United States District Judge |

**MEMORANDUM OPINION**

Plaintiff Jeremiah Ryan Hill, a former federal inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. After the court became aware that Hill had been released from incarceration, the court directed plaintiff to respond with the full filing fee within ten days. The court's order warned Hill that failure to respond to the court's order would result in immediate dismissal of the action without prejudice. Hill timely sought a motion for extension, which the court granted, giving him until October 25, 2019, to pay the filing fee or to submit an application to proceed *in forma pauperis*. The day after that order was entered, and presumably before he received the oral order, Hill filed a letter asking to pay the filing fee "within a couple of weeks" (Dkt. No. 19), which relief was already granted by the order.

Thereafter, Hill did not timely respond to the order, and he has not paid the filing fee or requested leave to proceed *in forma pauperis*. Therefore, this action will be dismissed without prejudice for failure to prosecute.

An appropriate order will be entered.

Entered: October 31, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge